# MIRER MAZZOCCHI & JULIEN, PLLC

ATTORNEYS AT LAW
150 BROADWAY, TWELFTH FLOOR
NEW YORK, NEW YORK 10038

JEANNE MIRER  TELEPHONE: (212) 231-2235  RIA JULIEN
KRISTINA MAZZOCCHI  FACSIMILE: (212) 409-8338

August 30, 2018

*Via* **ECF**
Hon. Judge Deborah Batts
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: Letter Motion to Enter Stipulations of Dismissal

*Garcia v New York City Dept of Education et al.*
17-cv-100 (DAB)(BM)

Dear Hon. Judge Batts:

Undersigned counsel represents Plaintiff in the above reference matter. I write with consent of Defendants to request that the partial dismissal as to Defendant Rachel Klainberg (Dkt. #25) be entered and further that Your Honor thereafter enter the Stipulation of Dismissal (Dkt. #26) dismissing the action in its entirety. The partial dismissal before your Honor was filed to comport with the a particularity of the parties' settlement agreement, which provides for two stipulations, one partial as to Klainberg, one complete as to the remaining party and the action in its entity, to be filed sequentially.

Respectfully submitted,

Ria Julien

cc: Ivan Mendez, Esq.